IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

JUN 1 4 2005

Michael N. Milby, Clerk of Court

| | |
|---|---|
| HIBERNIA NATIONAL BANK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. H-05-1100 |
| UNITED HELICOPTERS, INC., CLAYTON CHENNAULT, BARR AIR PATROL, LLC, and THE UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, | ) ) ) ) ) ) |
| Defendants. | ) |

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Hibernia National Bank and Defendants United Helicopters, Inc., Clayton Chennault, Barr Air Patrol, LLC, and the United States of America (Internal Revenue Service) filed a joint motion to dismiss this case with prejudice and without further costs to any party, because the funds in dispute in this case have been paid over to the Internal Revenue Service, and the parties no longer intend to pursue this case. Good cause having been shown, the Court granted the motion and entered this Order. Accordingly,

IT IS ORDERED that this case, including all asserted counterclaims and cross-claims, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties to this proceeding shall bear their own attorneys' fees and expenses associated with this case.

SIGNED this 14th day of JUNE 2005.

_____
UNITED STATES DISTRICT JUDGE

AGREED ORDER DISMISSING CASE WITH PREJUDICE – Page 1